

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| MOR KM HOLDINGS, L.L.C., | § | No. 08-20-00190-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| EDGARDO MADRID & ASSOCIATES, L.L.C., | § | of Reeves County, Texas |
| | § | (TC# 19-10-23239-CVR) |
| Appellee. | § | |

## **MEMORANDUM OPINION**

Appellant MOR KM Holdings, L.L.C., has filed an unopposed motion for voluntary dismissal in this appeal because the parties have settled. *See* TEX.R.APP.P. 42.1(a)(1). The order abating this appeal is lifted, the motion to dismiss is granted, and this appeal is hereby dismissed. Costs of the appeal are taxed against each party pursuant to their agreement. *See* TEX.R.APP.P. 42.1(d).

JEFF ALLEY, Justice

May 11, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.